IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In re:                                                )
                                                      )
MICHELE LEE DIXON,                )        Case No. 11-62068-ABF7
                        Debtor.    )

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears in this proceeding as counsel for the Debtor Michele Lee Dixon.

                                        KRIGEL & KRIGEL, P.C.

                                        /s/ Erlene W. Krigel
                                        Erlene W. Krigel, MO 29416
                                        KRIGEL & KRIGEL, P.C.
                                        4550 Belleview
                                        Kansas City, MO 64111
                                        (816) 756-5800
                                        FAX (816) 756-1999
                                        ekrigel@krigelandkrigel.com
                                        ATTORNEYS FOR THE DEBTOR

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was either emailed or mailed, this 1ST day of April 2014 to:

| | |
|---|---|
| Office of the United States Trustee<br>Charles Evans Whittaker<br>United States Courthouse<br>400 East 9th Street, Suite 3440<br>Kansas City, Missouri 64106 | MOHELA<br>633 Spirit Drive<br>Chesterfield MO 63005-1243 |
| Wally Pankowski, Esq.<br>211 N. Broadway Suite 2500<br>St. Louis, MO 63102<br>ATTORNEYS FOR EDUCAP, INC. | ACS<br>PO Box 7051<br>Utica, NY 13504-7051 |
| | ACS<br>PO Box 7060<br>Utica, NY 13504-7060 |
| Dept. of Educatioin, Office of the General Counsel<br>400 Washington Avenue SW<br>Room 6E353<br>Washington DC 20202-2110 | American Education Services<br>PO Box 2461<br>Harrisburg PA 17105-2461 |
| | Sallie Mae, Inc.<br>220 Lasley Avenue<br>Wilkes Barre, PA 18706 |

                                        /s/ Erlene W. Krigel
                                        Erlene W. Krigel