IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MICHELE LEE DIXON | ) | Case No. 11-62068 |
| | ) | |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF MAILING**

     I hereby certify that on April 7, 2014, a copy of the Order of the Court Granting the Motion to reopen case and setting a hearing on the request of Debtor to restrain the student loan lenders from pursuing collections was mailed postage prepaid to all creditors and parties in interest listed on the Court's ECF noticing system not receiving notice electronically and the following.

Office of the United States Trustee
Charles Evans Whittaker
United States Courthouse
400 East 9th Street, Suite 3440
Kansas City, Missouri 64106

Wally Pankowski, Esq.
211 N. Broadway Suite 2500
St. Louis, MO 63102
ATTORNEYS FOR EDUCAP, INC.

Dept. of Educatioin, Office of the General Counsel
400 Washington Avenue SW
Room 6E353
Washington DC 20202-2110

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

ACS
PO Box 7051
Utica, NY 13504-7051

ACS
PO Box 7060
Utica, NY 13504-7060

American Education Services
PO Box 2461
Harrisburg PA 17105-2461

Sallie Mae, Inc.
220 Lasley Avenue
Wilkes Barre, PA 18706

                                                          KRIGEL & KRIGEL, P.C.

                                                          /s/ Erlene W. Krigel
                                                          Erlene W. Krigel,    No. 29416
                                                          4550 Belleview
                                                          Kansas City, Missouri 64111
                                                          Telephone: (816) 756-5800
                                                          Facsimile: (816) 756-1999
                                                          ekrigel@krigelandkrigel.com
                                                          ATTORNEYS FOR DEBTORS